# Exhibit A

Sec. 78-1. - Going uninvited upon private residences.

   (a) The practice of going in and upon private residences in the city by solicitors, peddlers, hawkers, itinerant merchants or transient vendors of merchandise not having been requested or invited to do so by the owner or occupant of the private residences for the purpose of soliciting orders for the sale of goods, wares and merchandise and/or disposing of and/or peddling or hawking goods, wares and merchandise is declared to be a nuisance and punishable as a misdemeanor.

   (b) Any person violating the provisions of this section shall upon conviction be subject to the penalties in section 1-7.

   (c) This section shall not apply to the sale or soliciting of order for the sale of milk, dairy products, vegetables, poultry, eggs and other farm and garden produce so far as the same of the commodities named is now authorized by law.

(Ord. No. 1020, §§ 1—3, 3-2-82)

Sec. 1-7. - General penalty; continuing violations.

    (a) In this section, the term violation of this Code means:

        (1) Doing an act that is prohibited or made or declared unlawful, an offense, an offense against the city of a violation or a misdemeanor by ordinance or by rule or regulation authorized by ordinance.

        (2) Failure to perform an act that is required to be performed by ordinance or by rule or regulation authorized by ordinance.

        (3) Failure to perform an act if the failure is declared a misdemeanor, an offense, an offense against the city of a violation or a misdemeanor by ordinance or by rule or regulation authorized by ordinance.

    (b) In this section, the term violation of this Code does not include the failure of a city officer or city employee to perform an official duty, unless it is provided that failure to perform the duty is to be punished as provided in this section.

    (c) Except as otherwise provided, a person convicted of a violation of this Code shall be punished by a fine not exceeding $500.00, except where otherwise provided by state law for violation of municipal offenses, imprisonment or confinement at hard labor for a term not exceeding six months, or any combination thereof. The penalty imposed upon a corporation shall consist of the fine only, plus costs of court. For violations of this Code which are continuous with respect to time, each day the violation continues is a separate offense. Notwithstanding any other provision of law, the maximum fine for every person either convicted for violating any misdemeanor contained in Act 2003-355 of the Laws of Alabama, adopted a municipal ordinance violation or adjudicated as a youthful offender shall be $1,000.00.

    (d) The imposition of a penalty does not prevent revocation or suspension of a license, permit or franchise.

    (e) Violations of this Code that are continuous with respect to time may be abated by injunctive or other equitable relief. The imposition of a penalty does not prevent equitable relief.

(Code 1979, § 1-6; Ord. No. 1386-07, § 1, 3-19-07)

**State Law reference—** Penalty for ordinance violations, Code of Ala. 1975, § 11-45-9.